[No. 29027-4-I. Division One. October 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LUKE
FROST, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00661-6, Sharon S. Armstrong, J., entered
August 15, 1991. *Affirmed* by unpublished per curiam opinion.

[No. 30986-2-I. Division One. October 11, 1993.]

*In the Matter of the Custody of* N.M.S., ET AL.

THOMAS M. KING, *Appellant*, v. KENNETH E.
SEBENS, *Respondent*.

Appeal from a judgment of the Superior Court for Island
County, No. 89-3-00317-0, Richard L. Pitt, J., entered June
5, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 24623-2-I. Division One. October 11, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
MONROE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-01903-1, Liem E. Tuai, J., entered August
10, 1989. *Affirmed* by unpublished per curiam opinion.